1 | BENJAMIN B. WAGNER
United States Attorney
2 | NIRAV K. DESAI
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2716
Facsimile: (916) 554-2900
5
6 | Attorneys for Plaintiff
United States of America
7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          ) CASE NO. 13-MJ-00077 AC
                                       )
12 |                 Plaintiff,          )
                                       ) [PROPOSED] ORDER GRANTING REQUEST TO
13 |          v.                         ) RE-SEAL AFFIDAVIT OF SPECIAL AGENT
                                       ) MICHAEL BARGE ATTACHED TO CRIMINAL
14 | SILVERIO RAYMUNDO IZEHUATL-        ) COMPLAINT
     SARMIENTO,                        )
15 |                                    )
                                       )
16 |                 Defendant.         )
                                       )
17

18 |     For good cause shown, and pursuant to Local Rules 140 and 141, the Court hereby GRANTS the

19 | United States' request to re-seal the affidavit of Special Agent Michael Barge filed at docket number 1

20 | in this case. A redacted version of that affidavit, submitted by the United States, will be filed in its

21 | place.

22 |     Accordingly, IT IS HEREBY ORDERED that:

23 |     1.    The Affidavit In Support of Search Warrant, Criminal Complaint, and Arrest Warrant

24 | executed by Special Agent Michael Barge, and filed at docket number 1 in this case shall be sealed.

25 |     2.    The Clerk of Court is directed to seal docket entry 1.

26 |     3.    The Clerk of Court is directed to file the Criminal Complaint and the redacted Affidavit

27 | In Support of Search Warrant, Criminal Complaint, and Arrest Warrant executed by Special Agent

28 | Michael Barge on the public docket.

1

1   4.   The Request to Seal submitted by the United States shall remain under seal.

2   IT IS SO ORDERED.

4   Dated:  March 14, 2013

ALLISON CLAIRE
United States Magistrate Judge

2